# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JONATHAN PETERSON,**

    *Petitioner,*

v.   Case No.: 1:19cv120-MW/GRJ

**SECRETARY of FLORIDA DEPARTMENT OF CORRECTIONS,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 21. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 15, is **GRANTED**. The petition for a writ of habeas corpus is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d)." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on January 19, 2021.**

                                                s/Mark E. Walker
                                                **Chief United States District Judge**